James A. **HENSON,** Jr., Plaintiff– Appellant,

v.

Lieutenant **LIKIN;** Sergeant **Merlin; CO/2 J. Yommer; CO/2 V. Lark; CO/2 B. Wilburn; CO/2 G. Wilson; CO/2 Hendricks; CO/2 S.A. Wilson; CO/2 M.E. Randall; CO/2 W.L. Logson; Lieutenant R.M. Friend; Sergeant W.E. Miller; CO/2 D. Krampf; CO/2 Jesse Henderson; CO/2 Wagner; Lieutenant J. Johnson; Sergeant J. Krumpach; Sergeant S.E. Engle, Defendants–Appellees,**

and

**Office of the Attorney General of Maryland, Party–in–Interest.**

No. 12–6816.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

James A. Henson, Jr., Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Henson, Jr. seeks to appeal the district court's potential dismissal of his action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Henson has not sought to appeal any order but instead filed a conditional notice of appeal in the event that the district court rules unfavorably in his action. Thus, there is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*